

# NUMBERS 13-13-00364-CR & 13-13-00365-CR &13-13-366-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DONNIE LEE WARD,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

## On appeal from the Criminal District Court No. 7
## of Dallas County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Donnie Lee Ward, attempts to appeal a conviction for obstructing government operations arising from cause number F-1142518-Y, docketed in our Court as cause number 13-13-00364-CR; a conviction for tampering with physical evidence arising from trial court cause number F-1142519-Y, docketed in our Court as cause number 13-13-00365-CR; and a conviction for possession of a controlled substance arising from trial court cause number F-1240754-Y, docketed in our Court as cause

number 13-13-00366-CR.[1]  In each of these cases, the trial court has certified this "is a plea-bargain case, and the defendant has NO right of appeal."  *See* TEX. R. APP. P. 25.2(a)(2).

On July 22, 2013, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the records; (2) determine whether appellant has a right to appeal in either cause; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On August 12, 2013, counsel filed a letter brief with this Court for each of these causes.  Counsel's response does not establish:  (1) that the certifications currently on file with this Court are incorrect, or (2) that appellant otherwise has a right to appeal in either cause.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal.  TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4.  Accordingly, these appeals are DISMISSED.  Any pending motions are denied as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 5th
day of September, 2013.

---

[1] These cases are before the Court on transfer from the Fifth Court of Appeals in Dallas pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).